■ TRANE COMPANY, Appellant, v NEW YORK UNIVERSITY et al., Respondents, and ASSOCIATED RIGGING & HAULING CORP. et al., Appellants, and MAX M. GOLDHABER, as Assignee of KENNEDY-SCHEIDEL & YOUNG, INC., Defendants.—Order, Supreme Court, New York County, entered on Septem-

ber 22, 1976, unanimously affirmed for the reasons stated by Asch, J., at Special Term. Defendants-respondents shall recover of plaintiff-appellant and defendants-appellants $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Capozzoli, Lane and Markewich, JJ.